*In re* CARLOS E. RIVERA RODRÍGUEZ.

*Número:* TS-8718.        *Resuelto:* 9 de febrero de 2006

*Mariana D. Negrón Vargas*, subprocuradora general, y *Noemí Rivera de León*, procuradora general auxiliar, querellantes; *María de Lourdes Rodríguez*, oficial investigadora de la Comisión de Ética del Colegio de Abogados de Puerto Rico; *Fernando L. Torres Ramírez*, abogado de la parte querellada.

## RESOLUCIÓN

Visto el Informe del Procurador General, la Moción en Cumplimiento de Orden del Colegio de Abogados y la Moción Apremiante sobre Solicitud de Reinstalación del Sr. Carlos E. Rivera Rodríguez, *se ordena la reinstalación de este último únicamente al ejercicio de la abogacía.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                    (*Fdo.*) Aida Ileana Oquendo Graulau
                            *Secretaria del Tribunal Supremo*